UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEONARD GORDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:17-CV-1227-GCS |
| | ) |
| DUSTIN HEWITT, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM and ORDER**

**SISON, Magistrate Judge:**

On January 28, 2020, the undersigned issued a Show Cause Order, directing Plaintiff, Leonard Gordon, to show cause in writing on or before February 18, 2020, why this matter should not be dismissed for failure to prosecute by not appearing by telephone at a hearing held that same day (Doc. 44). The Clerk's Office mailed Gordon a copy of the Show Cause Order to his last known address.[1] The undersigned previously warned Gordon that the failure to appear at the hearing "may result in this case being dismissed" (Doc. 43). The Show Cause Order deadline has passed, and nothing has been filed.

Accordingly, the Court **DISMISSES with prejudice** this action based on Gordon's failure to comply with the Court's Show Cause Order and his failure to prosecute his

---

[1] Gordon's last known address is the address for Centralia Correctional Center, where he was previously housed. It appears he was released from custody in December 2019 and failed to update his address with the Court. The Court has previously warned Gordon that he is under a continuing obligation to keep the Court informed of any changes in his address and that the failure to do so may result in dismissal of the action for want of prosecution (Doc. 7, p. 9).

claim. *See* FED. R. CIV. P. 41(b); *Lucien v. Brewer*, 9 F.3d 26, 28 (7th Cir. 1993)(stating dismissal is a "feeble sanction" if it is without prejudice; "Rule 41(b) states the general principle that failure to prosecute a case should be punished by dismissal of the case with prejudice."). Further, the Court **DIRECTS** the Clerk of the Court to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: February 19, 2020.

Digitally signed by Magistrate Judge Gilbert C. Sison
Date: 2020.02.19 11:03:59 -06'00'

**GILBERT C. SISON**
**United States Magistrate Judge**